IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

BRENT EVAN WEBSTER,

        Plaintiff,

  v.

STATE OF OREGON, et al.,

        Respondents.

Civil No. 11-225-SU

FINDINGS AND RECOMMENDATION

    Petitioner filed this 28 U.S.C. § 2254 habeas corpus action on February 23, 2011. On April 22, 2011, the court advised petitioner that if he wished to proceed with this case, he must: (1) show cause why his case should not be summarily dismissed as premature; and (2) file an amended petition naming the proper respondent so as to provide the court with jurisdiction in this matter.

    Following a 60-day extension of time, petitioner's response to the court's April 22, 2011 Order was due on or before July 22,

1 - FINDINGS AND RECOMMENDATION

2011. Because petitioner has neither shown cause nor filed an amended petition in this case, the court should dismiss the Petition for Writ of Habeas Corpus.

### RECOMMENDATION

For the reasons identified above, the Petition for Writ of Habeas Corpus (#1) should be DISMISSED, and a judgment should be entered dismissing this case without prejudice. The court should decline to issue a Certificate of Appealability on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

### SCHEDULING ORDER

This Findings and Recommendation will be referred to a district judge. Objections, if any, are due within 17 days at which time the Findings and Recommendation will go under advisement.

DATED this  29th day of July, 2011.

/s/Patricia Sullivan
Patricia Sullivan
United States Magistrate Judge